UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JARRETT MILLER,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>JAMES DZURENDAS, *et al.*,<br><br>　　　　　Defendants. | Case No. 2:24-cv-00404-RFB-MDC<br><br>**ORDER RE-SETTING INMATE EARLY MEDIATION CONFERENCE** |

　　　Plaintiff failed to participate at the January 31, 2025, Early Mediation Conference. The inmate Early Mediation Conference is hereby **RESET** for 8:30 a.m. on March 14, 2025. All other requirements set forth in the previous order (Docket No. 8) continue to govern this mediation. Defendants are not required to serve or file an answer or other response to Plaintiff's complaint before the mediation. Plaintiff is cautioned that if he fails to participate at inmate Early Mediation Conference he may be sanctioned, including a sanction dismissing the action.

　　　**IT IS SO ORDERED.**

　　　DATED: February 6, 2025

　　　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　Hon. Maximiliano D. Couvillier, III
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge