# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

Jarrett Miller,

              Plaintiff(s),

vs.

C/O Ernest Floor C/O, et al.,

              Defendant(s).

2:24-cv-00404-RFB-MDC

**ORDER**

Pro se plaintiff filed a *Motion to Resubmit a New Fee Waiver* and an *Application to Proceed Informa Pauperis* ("IFP"). *ECF Nos. 31 and 33*. The Court denies both motions as unnecessary, because the Court already granted plaintiff's IFP application. See *ECF No. 22*. Plaintiff also filed a *Motion to Reset the Mediation Conference. ECF No. 32*. The Court also denies this motion because the Court already reset plaintiff's mediation conference, but the plaintiff did not attend the reset mediation. See *ECF Nos. 12 and 16*. Given that plaintiff has previously declined to participate in two mediations, the Court finds that setting a third mediation would not promote judicial efficiency. Plaintiff says he is eager to settle, but there is nothing preventing plaintiff from reaching out to the defendants and attempting to settle this case on his own. The Court thus denies all the motions.

**IT IS ORDERED that:**

1. Plaintiff's *Motion to Resubmit a New Fee Waiver* and his *Application to Proceed Informa Pauperis* (ECF Nos. 31 and 33) are both **DENIED** as unnecessary.

2. Plaintiff's *Motion to Reset the Mediation Conference* (ECF No. 32) is **DENIED**

DATED:   March 5, 2026.

_____
Hon. Maximiliano D. Couvillier III
United States Magistrate Judge

**NOTICE**

Pursuant to Local Rules IB 3-1 and IB 3-2, a party may object to orders and reports and recommendations issued by the magistrate judge. Objections must be in writing and filed with the Clerk of the Court within fourteen days. LR IB 3-1, 3-2. The Supreme Court has held that the courts of appeal may determine that an appeal has been waived due to the failure to file objections within the specified time. *Thomas v. Arn*, 474 U.S. 140, 142 (1985). This circuit has also held that (1) failure to file objections within the specified time and (2) failure to properly address and brief the objectionable issues waives the right to appeal the District Court's order and/or appeal factual issues from the order of the District Court. *Martinez v. Ylst*, 951 F.2d 1153, 1157 (9th Cir. 1991); *Britt v. Simi Valley United Sch. Dist.*, 708 F.2d 452, 454 (9th Cir. 1983). Pursuant to LR IA 3-1, parties must immediately file written notification with the court of any change of address. The notification must include proof of service upon each opposing party's attorney, or upon the opposing party if the party is unrepresented by counsel. **Failure to comply with this rule may result in sanctions.**